UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY JAMES TAYLOR,

    Plaintiff,

v.                                             Case No. 3:21cv4691-MCR-HTC

OFFICER FILIPI, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 13, 2022 (ECF No. 6), which recommends this case be dismissed without prejudice as malicious based on Plaintiff's failure to truthfully disclose his litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation (ECF Doc. 6) is adopted and incorporated by reference in this order.

(2)   This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

(3)   Defendant's motion for appointment of counsel (ECF Doc. 7) is denied as moot.

(3)   The Clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**